IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SEDRIC LAMONT MCGOWN**                                                          **PLAINTIFF**
**REG #26812-009**

v.                        **CASE NO. 4:24-cv-215 JM**

**ANN E. GARDNER, District Attorney,**
**U.S. District Court and WILLARD PROCTOR, JR.,**
**P.A. Attorney**                                                                       **DEFENDANTS**

## ORDER

Plaintiff Sedric Lamont McGown, an inmate at the USP Big Sandy in the Federal Bureau of Prisons, filed this case *pro se* case under 42 U.S.C. §1983. (Doc. 1). The Court granted McGown's motion to proceed *in forma pauperis*; however, because his initial complaint was devoid of argument, he was ordered to file an amended complaint explaining his claims. (Doc. 3). McGown has filed an amended complaint, which the Court must now screen. 28 U.S.C. § 1915A.

McGown pleaded guilty on May 12, 2022 to a federal drug crime. *United States v. McGown*, Case No. 4:20-cr-98-JM (E.D. Ark. Doc. 295). He was later sentenced to 240 months' imprisonment to be followed by 5 years' supervised release. *Id*. In his amended complaint, McGown alleges that Assistant United States District Attorney Ann Gardner lied during his sentencing and that his defense counsel, Willard Proctor, failed to object to her statements. (Doc. 4). McGown alleges that these failures resulted in an unfair sentencing being imposed.

Given his updated argument, it is clear that McGown did not intend to file a complaint under 42 U.S.C. § 1983 but, rather, intended to seek federal habeas relief from the sentence imposed. Accordingly, the Court vacates its previous Order (Doc. 3) in which it granted McGown *in forma pauperis* status and directed payment of the $350 civil filing fee. The Court directs the Clerk of Court to reactive McGown's motion to proceed *in forma pauperis* and to redesignate this

case as a federal habeas under 28 U.S.C. § 2255 and to reassign the case accordingly.

    IT IS SO ORDERED this 17th day of June, 2024.

_____
UNITED STATE DISTRICT JUDGE