IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SEDRIC LAMONT MCGOWN**
**Reg # 26812-009**                                                                          **PLAINTIFF**

VS.                                          4:24CV00215 JM

**ANN E. GARDNER, District Attorney, U.S.**
**District Court and WILLARD PROCTOR, JR.**
**P.A. Attorney**                                                                            **DEFENDANTS**

## JUDGMENT

Based upon the Order entered today, Plaintiff's claims against the Defendants are DISMISSED.

IT IS SO ORDERED this 5th day of August, 2024.

_____
James M. Moody Jr.
United States District Judge